UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

WILLIAM D. WEHR-DARROCA, *et al.*

                Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA, *et al.*

                Defendants.
_____

Civil Action No.: 1:24-cv-3504

### FIREARMS POLICY COALITION, INC.'S
### CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure plaintiff Firearms Policy Coalition, Inc. ("FPC"), by its attorney David S. Panzer, Esq., states that (a) it does not have any parent corporation and has no stock, thus no publicly held corporation could own 10% or more stock in FPC; and (b) there are no shareholders or individuals in leadership positions whose identities might reasonably bear on the Court's decision whether to recuse.

Dated:   Tysons, Virginia
            December 17, 2024

FLUET

By: */s/ David S. Panzer*
David S. Panzer, Bar No. 470677
Nicolas J. Rotsko, Esq.*
*Attorneys for Plaintiffs*
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
dpanzer@fluet.law
nrotsko@fluet.law

*Application to appear *pro hac vice* forthcoming