UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

William D. Wehr-Darroca, et al.
                Plaintiffs

vs.

Case No.: 1:24-cv-03504

The District of Columbia, et al.
                Defendants

---

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Michael Saxby, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Sealed LCvR 5.1(c) Notice; Firearms Policy Coalition, Inc.'s Corporate Disclosure Statement; Civil Cover Sheet; and Complaint with Attachments

SERVE TO: Brian L. Schwalb, in his official capacity as Attorney General for the District of Columbia

SERVICE ADDRESS: 400 6th Street, NW, Washington, DC 20001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Brian L. Schwalb, in his official capacity as Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001 on 1/3/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 1006 1605 97. Service was signed for on 1/13/2025, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on **01/16/2025**

_/s/ Michael Saxby_
Michael Saxby

Client Ref Number: FPC/Wehr-Darroca
Job #:12440092

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| William D. Wehr-Darroca, et al. <br><br> *Plaintiff(s)* <br> v. <br> The District of Columbia, et al. <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-03504-RC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN L. SCHWALB, in his official capacity as Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David S. Panzer, Esq.
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/17/2024

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brian L. Schwalb, in his official capacity as Attorney General for the District of Columbia
   400 6th Street, NW
   Washington, DC 20001

   9590 9402 9148 4225 1040 62

2. Article Number (Transfer from service label)

   9589 0710 5270 1006 1605 97

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Tonia Roberts*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Tonia Robinson
C. Date of Delivery: 1/13/2025

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ail
   ☐ ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

William D. Wehr-Darroca, et al.
                Plaintiffs

vs.          Case No.: 1:24-cv-03504

The District of Columbia, et al.
                Defendants

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Michael Saxby, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Sealed LCvR 5.1(c) Notice; Firearms Policy Coalition, Inc.'s Corporate Disclosure Statement; Civil Cover Sheet; and Complaint with Attachments

SERVE TO: The District of Columbia c/o Brian L. Schwalb, Attorney General for the District of Columbia

SERVICE ADDRESS: 400 6th Street, NW, Washington, DC 20001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to The District of Columbia c/o Brian L. Schwalb, Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001 on 1/3/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 1006 1605 80. Service was signed for on 1/13/2025, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>01/16/2025</u>

_____
Michael Saxby

Client Ref Number: FPC/Wehr-Darroca
Job #:12399877

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| William D. Wehr-Darroca, et al. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-03504 -RC |
| The District of Columbia, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The District of Columbia
SERVE: BRIAN L. SCHWALB, Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David S. Panzer, Esq.
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
T: (703) 590-1234


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: __12/17/2024__          /s/ Ma. Ursula Masagca
                              *Signature of Clerk or Deputy Clerk*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Tonia Robin* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* Tonia Robin  C. Date of Delivery 1/13/2025 |
| 1. Article Addressed to:<br>The District of Columbia c/o Brian L. Schwalb, Attorney General for the District of Columbia<br>400 6th Street, NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9148 4225 1040 55 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>9589 0710 5270 1006 1605 80 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Mail Restricted Delivery | |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt