UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM D. WEHR-DARROCA,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | No. 1:24-cv-03504-RC |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint, Plaintiffs' Opposition, Defendants' Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Complaint [1] is **DISMISSED** without prejudice.

**SO ORDERED**.

Date: _____

                                                                   Hon. Rudolph Contreras
                                                                   United States District Judge