# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM D. WEHR-DARROCA, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:  24-3504 (RC) |
| | : | |
| v. | : | Re Document No.:  11 |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 11) is **GRANTED**.

**SO ORDERED**.

Dated: September 22, 2025                                              RUDOLPH CONTRERAS
                                                                                            United States District Judge